**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DEANTE CLAY, TDCJ #01917341,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. SA-26-CV-2980-XR** |
| | § | |
| **ASSISTANT WARDEN KRYSTLE** | § | |
| **BELTRAN, *et al.*,** | § | |
| **Defendants.** | § | |

## DEFENDANT KRYSTLE BELTRAN'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Krystle Beltran, Defendant in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit the Order (ECF No. 18) denying Defendant's Motion to Dismiss, entered in this action on July 30, 2026, in the United States District Court for the Western District of Texas, San Antonio Division.

This is an interlocutory appeal based on the denial of Defendant Beltran's entitlement to qualified immunity. *Mitchell v. Forsyth*, 469 U.S. 92 (1985). The filing of this notice of appeal is of jurisdictional significance and serves to stay the proceedings in this Court. *Carty v. Rodriguez*, Fed. App'x 292, 293 (5th Cir. 2006) ("A district court's denial of a defense of qualified immunity is immediately appealable, and once an appeal is filed, the district court is divested of its jurisdiction to proceed against that defendant.").

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**

Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief
Law Enforcement Defense Division

*/s/ Joseph P. McDuffie*
**JOSEPH P. MCDUFFIE**
Assistant Attorney General
Texas State Bar No. 24143720
S.D. Tex. No. 3905232

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
joseph.mcduffie@oag.texas.gov
(512) 936-1681 (Phone No.)
(512) 370-9814 (Fax No.)

**COUNSEL FOR DEFENDANTS ALFRED HASSLER AND KRYSTLE BELTRAN**

## CERTIFICATE OF SERVICE

I, **JOSEPH P. MCDUFFIE**, Assistant Attorney General of Texas, do hereby certify that Plaintiff has been served a true and correct copy of the foregoing within one business day of 31st day of August 2026, via United States Mail, certified mail to:

**Deante Clay** **CMRRR: 7020 0090 0000 7451 1088**
TDCJ #01917341
John B. Connally Unit
899 FM 632
Kenedy, Texas 78119

**PLAINTIFF PRO SE**

*/s/ Joseph P. McDuffie*
**JOSEPH P. MCDUFFIE**
Assistant Attorney General